IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No: 1:23-cr-00078-KD |
| | ) |
| MICHAEL LEONIDES SANTOS | ) |

### SUPPLEMENTAL LETTER IN SUPPORT OF DEFENDANT

Comes now the defendant in the above-styled cause and respectfully submits the attached letter in support of defendant, Michael Leonides Santos, who will appear before this Court for sentencing.

Respectfully submitted,

*/s/ Thomas J. Spina*
Thomas J. Spina
Attorney for Defendant
State Bar #4959-N77T
1330 21st Way South, Suite 200
Birmingham, Alabama 35205
Telephone: (205) 939-1330
tommy@tommyspina.com

### OF COUNSEL

Stewart Hanley
158 Congress Street
Mobile, Alabama 36603
251.432.5579
stewarthanley@hanleylawmobile.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

*/s/ Thomas J. Spina*
Thomas J. Spina

## Corpus Christi Catholic Parish, Oneonta

We adore JESUS in the Eucharist
We obey JESUS in Sacred Scripture
We serve JESUS in the poor

Adoramos a JESÚS en la Eucaristía
Obedecemos a JESÚS en la Sagrada Escritura
Servimos a JESÚS en los pobres

Rev. James Hedderman
November 20, 2023

Honorable Kristi K. DuBose
United States District Judge
US.. Courthouse Courtroom B4
15 St. Joseph Street
Mobile, Alabama 36602
Re: United States of America v. Michael Santos
Case 1:23-cr-00078-KD

Dear Judge DuBose:,

Michael Santos will soon appear in your court room for sentencing. I am not familiar with the specific details of the case, but, at the suggestion of his attorney, I write this letter on "Mikey's" behalf.

I am a Catholic priest, pastor of Corpus Christi Parish in Oneonta, Alabama. I knew Michael Santos from my time as pastor of Good Shepherd Parish in Russellville. We went on a pilgrimage to Lourdes, France together. Michael showed himself prayerful and respectful the whole trip. Another time, Michael aided me in my ministry at a graveside service by singing the Ave Maria with an excellent voice and presence that moved many who were present to tears. Michael has always been respectful to me and the other parishioners. I understand that Michael is an excellent immigration attorney. I hope he can one day be permitted to return to advocacy on behalf of immigrants.

I pray that this experience of legal correction may bring out the best within him. I ask a favorable consideration for him as you determine sentencing.

To contact me directly to speak of Michael Santos, please call 205-493-4087 my personal cell.

Thank you for the service you render to society in helping to maintain the peace.

Respectfully,

*Rev. James Hedderman*
Rev. James Hedderman
Pastor of Corpus Christi Parish in Oneonta, AL